18341, 18342.   GRANT *v.* SOUTHERN RAILWAY Co. *et al.*
(Two Cases.)

BROYLES, C. J.   Conceding (but not deciding) that the petitions as amended in these cases showed that Luther Grant, the person alleged to have been injured, was, at the time he was injured, an invitee on the premises of the defendants, the petitions (construed most strongly against the pleaders) further show that Luther Grant, by the exercise of ordinary care, could have avoided being injured.   It follows that the trial court properly dismissed the cases on general demurrer.

*Judgments affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 16, 1927.

Action for damages; from Pike superior court—Judge Searcy. June 18, 1927.

*T. J. Lewis, R. C. Johnson Jr.,* for plaintiffs.

*McDaniel & Neely, H. L. Greene, Arnold & Battle,* for defendant.

Negligence, 29 Cyc. p. 581, n. 3.
Pleading, 31 Cyc. p. 78, n. 95; p. 289, n. 60.

---

18346.   LOVELACE-EUBANKS LUMBER Co. *v.* MARTIN.

BROYLES, C. J.   This case was submitted to the court without the intervention of a jury.   The judgment in favor of the plaintiff was authorized by the evidence.   The defendant's motion for a new trial was based upon the usual general grounds only, and its denial by the court was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 16, 1927.

Complaint; from city court of Washington—Earl Norman, judge pro hac vice.   June 24, 1927.

*Lawson E. Thompson,* for plaintiff in error.

*Colley & Wynne,* contra.

New Trial, 29 Cyc. p. 942, n. 95.